UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZOILA IGLESIAS, individually and as next friend
of J.R. and K.R. infants,

                              Plaintiffs,                    **08 Civ. 1595 (AKH)**
                                                                        **(ECF CASE)**

                              - against -

JOHN MATTINGLY, individually and as Commissioner,
HELEN COLON, individually and as caseworker,
CARYNE MORENCY, individually and as supervisor,
TRACEY LISSIMORE, individually and as manager,
TAMIKA McCOY, individually and as caseworker,
FLORENCE UBA, individually and as supervisor,
LEAKE & WATTS SERVICES, Inc.,
LIANNE CLARK PARRIS, individually and caseworker,
ZOLA VIOLA, individually and as supervisor,
COALITION FOR HISPANIC FAMILY SERVICES, Inc.,
CITY OF NEW YORK,                                            **NOTICE**
and GLADYS CARRION, as Commissioner,               **OF APPEARANCE**

                              Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned is the attorney of record for defendant

Gladys Carrión, Esq., as Commissioner of the New York State Office of Children and Family

Services, and his address and telephone number are set forth below.

Dated: New York, New York
      March 24, 2008

                                                ANDREW M. CUOMO
                                                Attorney General of the State of New York
                                                <u>Attorney for State defendant</u>

                                                By:     <u>   S/        </u>
                                                ROBERT L. KRAFT
                                                Assistant Attorney General
                                                120 Broadway, 24th Floor
                                                New York, New York 10271
                                                (212) 416-8632

To:    Carolyn A. Kubitschek, Esq.
        LANSNER & Kubitschek
        325 Broadway, Suite 201
        New York, New York 10007