UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZOILA IGLESIAS, individually and as next friend
of J.R. and K.R. infants,

                         Plaintiffs,                    **08 Civ. 1595 (AKH)**
                                                      **(ECF CASE)**

                         - against -

JOHN MATTINGLY, individually and as Commissioner,
HELEN COLON, individually and as caseworker,
CARYNE MORENCY, individually and as supervisor,
TRACEY LISSIMORE, individually and as manager,
TAMIKA McCOY, individually and as caseworker,
FLORENCE UBA, individually and as supervisor,
LEAKE & WATTS SERVICES, Inc.,
LIANNE CLARK PARRIS, individually and caseworker,
ZOLA VIOLA, individually and as supervisor,
COALITION FOR HISPANIC FAMILY SERVICES, Inc.,    **STATE DEFENDANT'S**
CITY OF NEW YORK,                               **NOTICE OF MOTION**
and GLADYS CARRION, as Commissioner,         **TO DISMISS**

                          Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the Amended Complaint dated March 20, 2008, and

the accompanying Memorandum of Law, defendant Gladys Carrión, Esq., Commissioner of the

New York State OFFICE OF CHILDREN AND FAMILY SERVICES ("State defendant"), by

her attorney, ANDREW M. CUOMO, Attorney General of the State of New York, shall move on

May 14, 2008, before the Honorable Alvin K. Hellerstein, a Judge of this Court, at the United

States Courthouse, 500 Pearl Street, New York, New York, for an order and judgment:

       (1) dismissing all claims for damages , state law claims, and claims for declaratory

judgment relief concerning past conduct brought against State defendant pursuant to the Eleventh

Amendment to the Constitution of the United States and Federal Rule of Civil Procedure Rule

12(b)(1) for lack of subject matter jurisdiction; and

       (2) dismissing all claims made against State defendant because they do not present a case

or controversy as required by Article III of the Constitution of the United States; and

(3) dismissing the Complaint against State defendant in its entirety pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b)(2), any opposing affidavits and answering memoranda shall be served within ten business days after service of this moving paper.

Dated: New York, New York
        April 7, 2008

                                        Respectfully submitted,

                                        ANDREW M. CUOMO
                                        Attorney General of the State of New York
                                        Attorney for State defendant


                                        By:_____S/_____
                                        ROBERT L. KRAFT
                                        Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271
                                        (212) 416-8632

TO:    Carolyn A. Kubitschek, Esq.
       LANSNER & KUBITSCHEK
       325 Broadway, Suite 201
       New York, New York 10007