UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ZOILA IGLESIAS, individually and as next friend of J.R. and K.R. infants,

               Plaintiffs,

    -against-

JOHN MATTINGLY, individually and as Commissioner, HELEN COLON, individually and as caseworker, CARYNE MORENCY, individually and as supervisor, TRACEY LISSIMORE, individually and as manager, TAMIKA McCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, Inc., LIANNE CLARK PARRIS, individually and as supervisor, COALITION FOR HISPANIC FAMILY SERVICES, Inc., CITY OF NEW YORK, and GLADYS CARRION, as Commissioner,

               Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV 1595 (AKH)

    **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the Defendants JOHN MATTINGLY and CITY OF NEW YORK in the above-titled action.

Dated:    New York, New York
         April 7, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                            City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-306
                                        New York, N.Y. 10007
                                        (212) 788-0957
                                        e-mail: stweber@law.nyc.gov


                              By:    s/Steven Weber
                                        Steven D. Weber (SW-7627)
                                        Assistant Corporation Counsel


cc:    <u>BY ECF</u>
      Carolyn A. Kubitschek
      Robert Kraft