



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

April 7, 2008

**BY FAX**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: Iglesias v. Mattingly, et al.,
08 CV 01595 (AKH)

Dear Judge Hellerstein:

I am an Assistant Corporation Counsel who was just assigned to represent Defendants John Mattingly and the City of New York (collectively, "City Defendants") in the above-referenced action. I write on behalf of Defendant City of New York to respectfully request an extension of time to respond to the Amended Complaint, from April 10, 2008, until May 20, 2008.

In this case, upon information and belief, Defendants Mattingly, Colon, Morency, and Lissimore have already returned a waiver of service to the Plaintiffs' counsel and their response to the Amended Complaint is thus due on May 20, 2008. Accordingly, allowing Defendant City of New York to additionally respond to the Amended Complaint until May 20, 2008, will allow the City Defendants to submit a single response to the Amended Complaint. Furthermore, the additional time is necessary for this office to investigate the facts of this case and interview the individually named defendants and determine if they are entitled to representation by this office. This is the first request for an extension of time in this matter. Plaintiffs have consented to this request.

Thank you for your consideration of this request for an extension of time to respond to the Amended Complaint until May 20, 2008.

Respectfully,

Steven D. Weber
Assistant Corporation Counsel

cc:     **BY FAX**
        Carolyn A. Kubitschek
        Robert Kraft