# Raymond L. Colón, Esquire

Of Counsel to The Cochran Firm

Attorney and Counselor at Law
233 Broadway, 5th Floor • New York • New York 10279
Phone (212) 964-8030 Fax (212) 964-2575
rlcolonesq@aol.com

Member New York and New Jersey Bars

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

April 9, 2008

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Partrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

RECEIVED
APR 10 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

*[handwritten notation: Request w/out prejudice. Comply w/ Amend. P. ID. 4-10-08 (signature)]*

Re:  Iglesias v. Mattingly, et al.,
      08 Civ 1595 (AKH)

Dear Judge Hellerstein:

I represent the Coalition for Hispanic Family Services (hereinafter "Agency"), Lianne Clarke-Parris and Zoila Villarta (misspelled on the Amended Complaint as Zola Viola), defendants named in the above noted case. I am writing to respectfully request a one month extension of time to respond to the Amended Complaint which is currently due on April 10, 2008 (i.e. to May 9, 2008).

Additional time is needed in order to review the extensive case record(s) and conduct interviews with the Agency's caseworkers and supervisors, in light of the 116 allegations mentioned in the Amended Complaint. This is our first request for an extension of time with respect to this matter.

Moreover, I registered today with the Southern District's ECF System. However, I was advised that it takes 48 hours to process my registration and receive a password. Hence, I have been unable to submit a Notice of Appearance via ECF.

Respectfully,

Raymond L. Colón, Esq.

Cc:  Carolyn A. Kubitschek, Esq. (VIA FACSIMILE & EMAIL)
     Steven D. Weber, Esq. (VIA FACSIMILE & EMAIL)
     Robert L. Kraft, Esq. (VIA FACSIMILE & EMAIL)