

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

May 16, 2008

**BY FACSIMILE**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

*The conference is rescheduled for July 11, 2008 at 9:30 a.m. So*
*[signature]*
*5/19/08*

Re: Iglesias v. Mattingly, et al.,
 08 CV 01595 (AKH)

Dear Judge Hellerstein:

  I am an Assistant Corporation Counsel who is assigned to represent Defendants John Mattingly, Helen Colon, Tracy Lissimore, Caryn Morency, and the City of New York (collectively, "City Defendants") in the above-referenced action. I write on behalf of City Defendants to respectfully request an adjournment of the conference that is presently scheduled for June 20, 2008, at 9:30 a.m. This adjournment is necessary as I will be out of town from June 19, 2008, through June 23, 2008. Additionally, Mr. Young, Counsel for Co-Defendant has informed me that he will be unavailable on Friday June 27, 2008. I will also be out of town from July 2, 2008, through July 7, 2008. This is the first request for an extension of time in this matter. Plaintiffs and Co-Defendants have consented to this request.

  Thank you for your consideration of this request for an adjournment of the conference that is presently scheduled for June 20, 2008.

Respectfully,

*[signature]*
Steven D. Weber
Assistant Corporation Counsel