UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ZOILA IGLESIAS, individually and as next friend of J.R. and K.R. infants,

                                      Plaintiffs,

-against-

JOHN MATTINGLY, individually and as Commissioner, HELEN COLON, individually and as caseworker, CARYNE MORENCY, individually and as supervisor, TRACEY LISSIMORE, individually and as manager, TAMIKA McCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, Inc., LIANNE CLARK PARRIS, individually and as supervisor, COALITION FOR HISPANIC FAMILY SERVICES, Inc., CITY OF NEW YORK, and GLADYS CARRION, as Commissioner,

                                        Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV 1595 (AKH)

       **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the Defendants HELEN COLON, CARYNE MORENCY, and TRACEY LISSIMORE in the above-titled action.

Dated:    New York, New York
          May 20, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the
                                               City of New York
                                            Attorney for Defendants
                                            100 Church Street, Room 2-306
                                            New York, N.Y. 10007
                                            (212) 788-0957
                                            e-mail: stweber@law.nyc.gov

By:      s/STEVEN D. WEBER
        STEVEN D. WEBER (SW-7627)
        Assistant Corporation Counsel

TO:   Carolyn Kubitschek (by ECF)
       Robert L. Kraft (by ECF)
       Jay Young (by e-mail)

2