UNITED STATES DICTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ZOILA IGLESIAS, individually and as next friend of J. R. and K.R. infants,

                Plaintiffs,

    -against-

JOHN MATTINGLY, individually and as Commisioner, HELEN COLON, individually and as caseworker, CARYNE MORENCY, individually and as supervisor, TRACEY LISSMORE, individually and as manager, TAMIKA McCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, Inc., LEANNE CLARK PARRIS, individually and caseworker, ZOLA VIOLA, individually and as supervisor, COALITION FOR HISPANIC FAMILY SERVICES, Inc., CITY OF NEW YORK, and GLADYS CARRION, as Commisioner,

                Defendants.
------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER WITH WAIVER**

Civil Action No.
~~1595/08~~ (~~Hellerstein, J~~)
08 Civ. 1595 (AKH)



    **IT IS HEREBY STIPULATED** that the time for defendant Lianne Clarke Parris, individually and caseworker, Zola Viola, individually and as supervisor, Coalition for Hispanic Family Services, Inc. to appear or to answer with relation to the Summons or the Complaint in this action be and the same hereby is extended to and including June 9, 2008 upon the condition that defendant's answer not contain an affirmative defense as to the service of process. This stipulation is an appearance for the aforementioned three defendants.

    Furthermore, in accordance with the Individual Practices of Hon. Alvin K. Hellerstein :

    (1) Upon information and belief the original date on which the Answer was due is April 23, 2008 as to defendant COALITION FOR HISPANIC FAMILY SERVICES, Inc. Original date of answer as to the individuals in unknown as date of service, if any, is unknown at this time.

    (2) There have been no previous requests for an extension of time to answer.

(3) On, May 7, 2008, Lanser & Kubitschek by Carolyn Kubitschek orally consented to the extension of time to answer.

(4) Upon information and belief, extension of the time to answer as indicated above will not affect a court conference scheduled for June 20, 2008.

Dated: New York, New York
       May 13, 2008

>     LANSER & KUBITSCHEK
>     Attorney for Plaintiffs
>
> By: *Carolyn A. Kubitschek*
>     CAROLYN KUBITSCHEK (CK6415)
>     For the Firm
>     325 Broadway, Suite 201
>     New York, NY 10007
>     212-349-9000
>     File: Please Advise
>     Ckubitschek @ Lanskub.com
>
>     SMITH MAZURE DIRECTOR WILKINS
>     YOUNG & YAGERMAN, P.C.
>     Attorney for Defendants
>     LIANNE CLARKE PARRIS, INDIVIDUALLY AND
>     CASEWORKER, ZOLA VIOLA, INDIVIDUALLY AND AS
>     SUPERVISOR, COALITION FOR HISPANIC FAMILY
>     SERVICES, INC.
>
> By: *J. Jay Young*
>     J. JAY YOUNG (JJY-4855)
>     For the Firm
>     111 John Street, 20th Floor
>     New York, New York 10038-3198
>     (212) 964-7400
>     Our File No. UNC-00312

SO ORDERED: 5/30/08
            _____, U.S.D.J.

PAGE 2/2 * RCVD AT 5/13/2008 3:00:05 PM [Eastern Daylight Time] * SVR:SMDWRFAX/3 * DNIS:8689 * CSID: * DURATION (mm-ss):01-06

TOTAL P.02

May 30 08 11:16a   J. Jay Young, Esq.   1212-566-6453   p.4