```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ZOILA IGLESIAS, individually and as next
friend of J. R. and K.R. infants,                DISCLOSURE OF
                                                 INTERESTED PARTIES
                    Plaintiffs,
                                                 Civil Action No.
        -against-                                1595/08

JOHN MATTINGLY, individually and as
Commisioner, HELEN COLON, individually
and as caseworker, CARYNE MORENCY ,
individually and as supervisor, TRACEY
LISSMORE, individually and as manager,
TAMIKA McCOY, individually and as
caseworker, FLORENCE UBA, individually
and as supervisor, LEAKE & WATTS
SERVICES, Inc., LEANNE CLARK PARRIS,
individually and caseworker, ZOLA VIOLA,
individually and as supervisor, COALITION
FOR HISPANIC FAMILY SERVICES, Inc., CITY
OF NEW YORK, and GLADYS CARRION, as
Commisioner,

                    Defendant.

------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

   None.

Dated: New York, New York
       June 9, 2008

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.

By: _____
J. JAY YOUNG (4855)
For the Firm
Attorneys for Defendant
Lianne Clarke Parris, individually and
caseworker, Zola Viola, individually and
as supervisor, Coalition for Hispanic
Family Services, Inc.
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
Our File No. UNG-00312/NYAP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Disclosure of Interested Parties was mailed by first class mail, postage prepaid this June 9, 2008, to all counsel of record as indicated on the service list below.

_____
J. JAY YOUNG
For the Firm

### SERVICE LIST

LANSER & KUBITSCHEK
Attorney for Plaintiff
Zoila Iglesias, Individually and as next friend of J.R. and K.R. infants
325 Broadway, Suite 201
New York, NY 10007
(212) 349-0900
File: Please Advise

MICHAEL A. CARDOZO, ESQ.
Attorney for Defendants
John Mattingly, Helen Colon, Caryne Morency, Tracey Lissmore, and The City of New York
Corporation Counsel for The City of New York
100 Church Street, 4th Floor
New York, New York 10007-2000
(212) 788-0303
File: Please Advise

Civil Action No. 1595/08

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK OF NEW YORK

ZOILA IGLESIAS, individually and as next friend of J. R. and K.R. infants,

Plaintiffs,

-against-

JOHN MATTINGLY, individually and as Commisioner, HELEN COLON, individually and as caseworker, CARYNE MORENCY, individually and as supervisor, TRACEY LISSMORE, individually and as manager, TAMIKA McCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, Inc., LEANNE CLARK PARRIS, individually and caseworker, ZOLA VIOLA, individually and as supervisor, COALITION FOR HISPANIC FAMILY SERVICES, Inc., CITY OF NEW YORK, and GLADYS CARRION, as Commisioner,

Defendant.

----------------------------------------X

DISCLOSURE OF INTERESTED PARTIES

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.
Attorneys for Defendant
Lianne Clarke Parris, individually and
caseworker, Zola Viola, individually and
as supervisor, Coalition for Hispanic
Family Services, Inc.
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
UNG-00312/NYAP

JJY/khs