UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ZOILA IGLESIAS, individually and as next of friend of J.R.
and K.R. infants,

                                      Plaintiffs,

-against-

JOHN MATTINGLY, individually and as Commissioner,
HELEN COLON, individually and as caseworker,
CARYNE MORENCY, individually and as supervisor,
TRACEY LISSIMORE, individually and as manager,
TAMIKA McCOY, individually and as caseworker,
FLORENCE UBA, individually and as supervisor, LEAKE
& WATTS SERVICE, Inc., LIANNE CLARK PARRIS,
individually and as supervisor, COALITION FOR
HISPANIC FAMILY SERVICES, Inc., CITY OF NEW
YORK, and GLADYS CARRION, as Commissioner,

                                      Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV 1595 (AKH)

COUNSEL:

        PLEASE TAKE NOTICE that the undersigned attorney appears as attorney for plaintiffs, in the above-titled action.

Date: June 17, 2008

                                                               _____
                                                               Lansner & Kubitschek
                                                               Attorney for Plaintiff
                                                               Christopher S. Weddle, CW (4675)
                                                               325 Broadway Suite 201
                                                               New York, NY 10007
                                                               (212) 349-0900