Our File No.: 400.145620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ZOLIA IGLESIAS, individually and as next friend of J.R. and K.R. infants,

                      Plaintiffs,

   -against-

JOHN MATTINGLY, individually and as Commissioner, HELEN COLON, individually and as caseworker, CARYNE MORENCY, individually and as supervisor, TRACEY LISSIMORE, individually and as manager, TAMIKA MCCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, INC., LIANNE CLARK PARRIS, individually and caseworker, ZOLA VIOLA, individually and as supervisor, COALITION FOR HISPANIC FAMILY SERVICES, INC., CITY OF NEW YORK, and GLADYS CARRION, as Commissioner,

                      Defendants.
-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

CIVIL ACTION
08 CIV. 1595

TO THE CLERK OF UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK:

      Please enter the appearance of Callan, Koster, Brady & Brennan, LLP as attorneys for the defendants, TAMIKA MCCOY, individually and as caseworker, FLORENCE UBA, individually and as supervisor, LEAKE & WATTS SERVICES, INC., in the above-entitled action.

Dated:    New York, New York
            June 23, 2008

1

                                      CALLAN, KOSTER, BRADY & BRENNAN, LLP

                                      BY:_____
                                            DAVID A. LORE (0994)
                                    A Member of the Firm
                                    Attorneys for Defendants
                                    TAMIKA MCCOY, individually and as caseworker
                                    FLORENCE UBA, individually and as supervisor
                                    LEAKE & WATTS SERVICES, INC.
                                    One Whitehall Street
                                    New York, New York 10004
                                    (212) 248-8800

TO:    Lansner & Kubitschek
        Attorneys for Plaintiff
        325 Broadway, Suite 201
        New York, New York 10007
        (212) 349-0900

        JOHN MATTINGLY COMMISSIONER OF ACS et al
        Pro Se
        150 Williams Street
        New York, NY 10038

        HELEN COLON
        Pro Se
        150 Williams Street
        New York, NY 10038

        CARYNE MORENCY
        Pro Se
        150 Williams Street
        New York, NY 10038

        TRACEY LISSIMORE
        Pro Se
        150 Williams Street
        New York, NY 10038

        LIANNE CLARK PARRIS
        Pro Se
        150 Williams Street
        New York, NY 10038

        ZOLA VIOLA

Pro Se
315 Wyokoff Avenue
Brooklyn, NY 11223

COALITION FOR HISPANIC FAMILY SERVICES, INC.
Pro Se
315 Wyokoff Avenue
Brooklyn, NY 11223

CITY OF NEW YORK
350 Jay Street, 8th Floor
Brooklyn, NY 11201

GLADYS CARRION
Pro Se
315 Wyokoff Avenue
Brooklyn, NY 11223